**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Case No: 8:12-cv-1256-T-30AEP

SAMUEL C. BLOUNT, JR. and
DEBORAH L. BLOUNT,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Joint Status Report and Stipulation of Voluntary Dismissal of Count II (Dkt. #18). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Count II is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 26th day of August, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cv-1256 dismiss 18.docx